Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Brooke A. Bohlke
Nevada Bar No. 9374
bbohlke@wshblaw.com
Betty J. Foley
Nevada Bar No. 14517
bfoley@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GIANLUCA CAIONE and IOANA CAIONE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. COYNE, JR., individually;<br>INGRAM MICRO SERVICES INC., a<br>Foreign Corporation; INGRAM MICRO INC.,<br>a Foreign Corporation; RUTLEDGE<br>COMPANY INC. dba THE PHOENIX<br>GROUP, a Foreign Corporation; DOES I<br>through X, inclusive; and ROE<br>CORPROATIONS I through X, inclusive,<br><br>Defendants. | Case No. _____<br><br>Eighth Judicial District Court of the State of<br>Nevada in and for the County of Clark<br><br>State Court Case No.: A-19-796407-C<br>State Court Dept. No.: 31<br><br>**DEFENDANTS' PETITION FOR<br>REMOVAL** |

**TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants

MICHAEL J. COYNE, JR., INGRAM MICRO SERVICES LLC (erroneously named as INGRAM

MICRO SERVICES INC.), INGRAM MICRO INC., and RUTLEDGE COMPANY INC. dba THE

PHOENIX GROUP (hereinafter collectively referred to as "Defendants"),  through their attorneys of

record, WOOD SMITH HENNING & BERMAN, LLP, hereby remove the above-captioned action

LEGAL:10492-0030/12133068.1

from the Eighth Judicial District Court of Clark County, Nevada to the United States District Court for the District of Nevada. Removal is warranted under 28 U.S.C. §§ 1332 (a)(1) because this is a civil action between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

**BACKGROUND**

1.      On June 10, 2019, Plaintiffs GIANLUCA CAIONE and IOANA CAIONE (hereinafter collectively referred to as "Plaintiffs"), filed an action entitled Gianluca Caione and Ioana Caione v. Michael J. Coyne, Jr., Ingram Micro Services LLC (erroneously named as Ingram Micro Services Inc.), Ingram Micro Inc., and Rutledge Company Inc. dba The Phoenix Group, in the Eighth Judicial District Court of Clark County, Nevada, case number A-19-796407-C, assigned to Department XXXI. Plaintiff served a Summons and Complaint on Defendant Ingram Micro Services LLC on June 12, 2019, on Defendant Ingram Micro Inc. on June 13, 2019, and on Defendant Michael J. Coyne, Jr. on July 6, 2019. A true and correct copy of the two of the Summons and the Complaint in this action are attached hereto, as **Exhibit "A."** As of the date of this filing, the Summons and Affidavit of Service upon Michael J. Coyne, Jr. were not yet available.

2.      No proceedings have been had in the state court action.

3.      As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 (a)(1) because this is a civil action between the citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

**I.      DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

4.      Defendants Michael J. Coyne, Jr., Ingram Micro Services LLC, and Ingram Micro Inc. were served with a copy of the Summons and Complaint on June 12, June 13, and July 6, 2019, respectively. In accordance with 28 U.S.C. § 1446(b) (1), Defendants are well within the 30 days after the service of summons to remove this matter to this Court.

5.      The Eighth Judicial District Court of Clark County, Nevada is located within the United States District Court for the District of Nevada. Thus, venue is proper in this Court and under 28 U.S.C. § 108 because it is the "district and division embracing the place where such action is

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1  pending." *See* U.S.C. § 1441(a).

2    6.    No previous request has been made for the relief requested herein.

3    7.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that have

4  been served upon Defendants, which papers include the Summons and Complaint, are attached hereto,

5  as **Exhibit "A"** with the exception of the Affidavit of Service upon Michael J. Coyne, Jr. were not yet

6  available.   Pursuant to 28 U.S.C. § 1446(d), a copy of this Petition For Removal is being served on

7  counsel for Plaintiffs and a copy is being filed with the Clerk of the Eighth Judicial District Court of

8  Clark County, Nevada.

9  **II.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER**
10  **JURISDICTION UNDER 28 U.S.C. §§ 1332 AND 1441**

11    8.    This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because this is

12  a civil action between Plaintiffs Gianluca Caione and Ioana Caione, citizens of Nevada and residents

13  of Clark County, and the following foreign Defendants:

14    a.    Ingram Micro Inc., a corporation foreign to the State of Nevada, being duly

15  organized and incorporated under the laws of the State of Delaware, whose principal State of business

16  is California;

17    b.    Ingram Micro Services LLC, a wholly owned subsidiary of Ingram Micro Inc.

18  and a limited liability company foreign to the State of Nevada, being duly organized and incorporated

19  under the laws of the State of Delaware, whose principal State of business is California.  Further, it is

20  100% owned by INGRAM MICRO INC. which is a Delaware corporation;

21    c.    Rutledge Company Inc. dba The Phoenix Group, a wholly owned subsidiary of

22  Ingram Micro Inc. and a corporation foreign to the State of Nevada, being duly organized and

23  incorporated under the laws of the State of Missouri, whose principal State of business is California.

24  Further, it is 100% owned by INGRAM MICRO INC. which is a Delaware corporation.

25    d.    Michael J. Coyne, Jr. (hereinafter referred to as "Defendant Coyne"), an

26  individual who is a citizen of Missouri and resident of St. Charles County.

27    Additionally, the amount in controversy exceeds the sum or value of $75,000.000, exclusive of

28  interests and costs.

WOOD  SMITH  HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**A.   There is Complete Diversity Between Plaintiff and Defendant**

9.     According to 28 U.S.C. § 1332 (a), diversity of citizenship exists when there are citizens of different states.

10.    Upon information and belief, and as alleged in the Complaint, Plaintiffs Gianluca Caione and Ioana Caione are citizens of Nevada and residents of Clark County.

11.    Defendant Coyne, as indicated in Plaintiff's Complaint, is a resident of Missouri.

12.    Defendant Ingram Micro Inc., as indicated in Plaintiffs' Complaint, is a corporation foreign to the State of Nevada, being duly organized and incorporated under the laws of the State of Delaware.

13.    Defendant Ingram Micro Services LLC, as indicated in the Complaint,  is a wholly owned subsidiary of Ingram Micro Inc., a corporation foreign to the State of Nevada. Despite the allegation that Ingram Micro Services LLC operated a facility in Nevada, Ingram Micro Services LLC is duly organized an incorporated under the laws of the State of Delaware, and its principal State of business is California.  Further, it is 100% owned by INGRAM MICRO INC. which is a Delaware corporation.

14.    Defendant Rutledge Company Inc. dba The Phoenix Group, as indicated in Plaintiffs' Complaint, is a corporation foreign to the State of Nevada, being duly organized and incorporated under the laws of the State of Missouri.  Further, it is 100% owned by INGRAM MICRO INC. which is a Delaware corporation.

**B.   The Amount In Controversy Requirement Is Satisfied.**

15.    According to 28 U.S.C. § 1332 (a), in addition to diversity of citizenship, the amount in controversy must exceed $75,000.

16.    A defendant's duty is not to prove by a preponderance of evidence that the plaintiff is likely to recover an amount in excess of the threshold.  Rather, the jurisdictional minimum in diversity cases is determined by the amount at stake to the other party. *See Hamrick v. REO Properties Corp.*, 2010 WL 2836614 (Nev. 2010) (citing to *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398 (9th Cir. 1996)).  The amount in controversy is satisfied when the plaintiff's potential gain exceeds the

1   jurisdictional limit. *Id.*

2         17.    Upon information and belief, as alleged in Plaintiffs' Complaint, on or about October

3   11, 2018, Defendant Coyne was operating a vehicle on Lake Las Vegas Drive when he impacted

4   Plaintiff Gianluca Caione's vehicle.

5         18.    Upon information and belief, as alleged in Plaintiffs' Complaint, on or about October

6   11, 2018, Defendant Coyne was operating said vehicle with the course and scope of his employment.

7         19.    Upon information and belief, as alleged in Plaintiffs' Complaint, on or about October

8   11, 2018, Defendant Coyne was acting within the course and scope of his employment with

9   Defendants Ingram Micro Services LLC, Ingram Micro Inc., and/or Rutledge Company Inc. dba The

10  Phoenix Group.

11        20.    Upon information and belief, as alleged in Plaintiffs' Complaint, because of the alleged

12  motor vehicle incident on October 11, 2018, Plaintiff Gianluca Caione sustained serious injuries to his

13  neck, back, bodily limbs, organs and systems.

14        21.    Upon information and belief, as stated in Plaintiffs' Complaint, Plaintiff Gianluca

15  Caione brings forth the claim of (1) Negligence, Negligence Per Se and Respondeat Superior against

16  Defendants, and Plaintiff Ioana Caione brings forth the claim of (2) Loss of Consortium against

17  Defendants.

18        22.    Upon information and belief, as stated in Plaintiffs' Complaint, Defendants believe

19  Plaintiffs will present at the time of trial to a jury, that as a direct and proximate result of the alleged

20  negligence of Defendant Coyne, Plaintiff Gianluca Caione suffered serious, debilitating injuries,

21  including but not limited to injuries to Plaintiff Gianluca Caione's neck and back, causing general

22  damage in an amount which exceeds $15,000.

23        23.    Upon information and belief, as stated in Plaintiffs' Complaint, Defendants believe

24  Plaintiffs will present at the time of trial to a jury, that the alleged negligence of Defendant Coyne has

25  caused Plaintiff Gianluca Caione to incur future medical expenses, that he has suffered lost wages and

26  will continue to suffer wage loss, he has suffered and continues to suffer pain, loss of enjoyment of

27  life, causing general damage in an amount which exceeds $15,000, and that Plaintiffs have been

28  forced to retain the services of an attorney to prosecute this action and are entitled to reasonable

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    attorney's fees and costs.

2         24.    Upon information and belief, as stated in Plaintiffs' Complaint, Defendants believe

3    Plaintiffs will present at the time of trial to a jury, that the alleged negligence of Defendant Coyne has

4    caused Plaintiff Ioana Caione to suffer injuries, including but not limited to, loss of companionship,

5    emotional support, emotional distress, humiliation and embarrassment and acts of love and affection,

6    causing general damage in an amount which exceeds $15,000, and that Plaintiffs have been forced to

7    retain the services of an attorney to prosecute this action and are entitled to reasonable attorney's fees

8    and costs.

9         24.    Moreover, on April 5, 2019, Plaintiffs served a Demand, which indicated that the

10   medical specials alone amounted to $90,601.69, satisfying in excess the seventy-five thousand dollar

11   ($75,000) jurisdictional threshold. A true and correct copy of Plaintiff's April 15, 2019 Demand is

12   attached hereto, as **Exhibit "B."**

13        25.    Defendants will file a Notice for Petition of Removal with the Nevada State District

14   Court and provide the new Federal Court Case number.

15        WHEREFORE, DEFENDANTS respectfully remove this action from the Eighth Judicial

16   District Court of Clark County, Nevada, in case number A-18-780801-C to this Court pursuant to 28

17   U.S.C. § 1441.

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

LEGAL:10492-0030/12133068.1

-6-

1    July 11, 2019

2                                    WOOD, SMITH, HENNING & BERMAN LLP
                                     Attorneys at Law
3

4

5    By
                                     JOEL D. ODOU
6                                    Nevada Bar No. 7468
                                     BROOKE A. BOHLKE
7                                    Nevada Bar No. 9374
                                     BETTY J FOLEY
8                                    Nevada Bar No. 14517
                                     2881 Business Park Court, Suite 200
9                                    Las Vegas, Nevada 89128-9020
                                     Tel. 702 251 4100
10

11                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2019, I caused a true and correct copy of **DEFENDANTS' PETITION FOR REMOVAL** to be placed in the United States Mail, with first class postage prepaid, addressed as follows:

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
Richard A. Englemann, Esq.
THE702FIRM
400 South 7th Street, #400
Las Vegas, NV 89101
Tel.: 702-776-3333/Fax: 702-505-9787
mike@the702firm.com
brad@the702firm.com
*Attorneys for Plaintiffs*
*Ganluca Caione and Ioana Caione*

Herbert L. Michel, Jr., Esq.
YOUR LEGAL POWER
One Summerlin Building
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Tel.: 702-341-5600/Fax: 702-983-6623
herbmichel@aol.com
*Attorney for Plaintiffs*
*Gianluca Caione and Ioana Caione*

By _____
Michelle Mercier, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

# EXHIBIT A

Electronically Filed
6/27/2019 3:06 PM
Steven D. Grierson
CLERK OF THE COURT

1  **SUMM**
   MICHAEL C. KANE, ESQ.
2  Nevada Bar No. 10096
   BRADLEY J. MYERS, ESQ.
3  Nevada Bar No. 8857
4  RICHARD A. ENGLEMANN
   Nevada Bar No. 6965
5  **THE702FIRM**
   400 South 7th Street, #400
6  Las Vegas, Nevada 89101
7  Telephone:    (702) 776-3333
   Facsimile:    (702) 505-9787
8  E-Mail:       mike@the702firm.com
                 brad@the702firm.com
9
   -AND-
10 HERBERT L. MICHEL, JR., ESQ.
   Nevada Bar No. 5722
11 **HERBERT L. MICHEL, JR., CHARTERED**
   **dba YOUR LEGAL POWER**
12 1980 Festival Plaza Drive, Suite 300
13 Las Vegas, Nevada 89135
   Telephone:    (702) 341-5600
14 Facsimile:    (702) 983-8623
   Email:        herbmichel@aol.com
15 *Attorneys for Plaintiffs*

16                    **DISTRICT COURT**
17                **CLARK COUNTY, NEVADA**

18 GIANLUCA CAIONE and IOANA CAIONE,        Case No. :  A-19-796407-C
                                            Dept. No.:  XXXI
19        Plaintiffs,

20 vs.
                                                        **SUMMONS**
21 MICHAEL J. COYNE, JR., individually; INGRAM
   MICRO SERVICES INC., a Foreign Corporation;
22 INGRAM MICRO INC., a Foreign Corporation;
   RUTLEDGE COMPANY INC dba THE PHOENIX
23 GROUP, a Foreign Corporation; DOES I through X,
   inclusive; and ROE CORPORATIONS I through X,
24 inclusive,

25
26        Defendants.

27
28 **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU**
   **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ**
   **THE INFORMATION BELOW.**

THE702FIRM
ATTORNEYS AT LAW
400 S. 7TH St. #400
LAS VEGAS, NEVADA 89101
PHONE: (702) 776-3333

1

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### INGRAM MICRO SERVICES, INC.

1.      If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the day of service, you must do the following:

> (a)      File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
> (b)      Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:
**THE702FIRM**

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
-AND-
HERBERT L. MICHEL, JR., ESQ.
Nevada Bar No. 5722
**HERBERT L. MICHEL, JR., CHARTERED**
**dba YOUR LEGAL POWER**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

STEVEN D. GRIERSON
LYNN MARIE GOY, Clerk of Court
6/11/2019
By
**DEPUTY CLERK**                    Date
Regional Justice Center
200 Lewis Avenue    Vivian Canela
Las Vegas, NV 89155

THE702FIRM
ATTORNEYS AT LAW
400 S. 7th St. #400
VEGAS, NEVADA 89101
ONE: (702) 776-3333

2

AOS

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

GIANLUCA CAIONE and IOANA CAIONE,           )           CASE NO.: A-19-796407-C
                                            )           DEPT. NO.: XXXI
                    Plaintiffs,             )
                                            )
vs.                                         )
                                            )
MICHAEL J. COYNE, JR., individually; INGRAM )
MICRO SERVICES INC., a Foreign Corporation; )
INGRAM MICRO INC., a Foreign Corporation;   )
RUTLEDGE COMPANY INC dba THE PHOENIX        )
GROUP, a Foreign Corporation; DOES I through X, )
inclusive; and ROE CORPORATIONS I through X, )
inclusive,                                  )
                                            )
                    Defendants,             )           **AFFIDAVIT OF SERVICE**

I __Jon Salisbury__, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received _1_ copy(ies) of the Summons and Complaint on the _11_ day of _June_, 2019 and served the same on the _12_ day of _June_, 2019 at _9:12 a.m._ by:

*(Affiant must complete the appropriate paragraph)*

1. Delivering and leaving a copy with the defendant _____ at _____.

2. Serve the defendant _____ by personally delivering and leaving a copy with _____, as person of suitable age and discretion residing at the defendant's usual place of abode located at _____.

*(Use paragraph 3 for serve upon agent, completing A or B)*

3. Serving the defendant _Ingram Micro Services Inc., a Foreign Corporation_ by personally delivering and leaving a copy at _112 N. Curry St., Carson City, NV 89703_

    a. With _CSC Services of Nevada, Inc._ as _Registered Agent_, an agent lawfully designated by statue to accept service of process;

    b. With _Kris_, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

"I declare under penalty of perjury that the foregoing is true and correct."

_____                    _6/20/19_
Jon Salisbury – License #2100C                Date
A.C.E.S. Process Service
3829 Culpepper Dr.
Sparks, NV 89436
(775) 530-9162

Page 1 of 1

Electronically Issued
6/10/2019 4:46 PM

Electronically Filed
6/27/2019 3:06 PM
Steven D. Grierson
CLERK OF THE COURT

1  SUMM
MICHAEL C. KANE, ESQ.
2  Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
3  Nevada Bar No. 8857
RICHARD A. ENGLEMANN
4  Nevada Bar No. 6965
5  **THE702FIRM**
400 South 7th Street, #400
6  Las Vegas, Nevada 89101
Telephone:    (702) 776-3333
7  Facsimile:    (702) 505-9787
E-Mail:    mike@the702firm.com
8         brad@the702firm.com
9  -AND-
HERBERT L. MICHEL, JR., ESQ.
10  Nevada Bar No. 5722
11  **HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER**
12  1980 Festival Plaza Drive, Suite 300
13  Las Vegas, Nevada 89135
Telephone:    (702) 341-5600
14  Facsimile:    (702) 983-8623
Email:    herbmichel@aol.com
15  *Attorneys for Plaintiffs*

16

17          **DISTRICT COURT**
          **CLARK COUNTY, NEVADA**
18
GIANLUCA CAIONE and IOANA CAIONE,
19
        Plaintiffs,         Case No. : A-19-796407-C
20  vs.                     Dept. No.:    XXXI
21  MICHAEL J. COYNE, JR., individually; INGRAM
22  MICRO SERVICES INC., a Foreign Corporation;
INGRAM MICRO INC., a Foreign Corporation;        **SUMMONS**
23  RUTLEDGE COMPANY INC dba THE PHOENIX
GROUP, a Foreign Corporation; DOES I through X,
24  inclusive; and ROE CORPORATIONS I through X,
inclusive,
25
26        Defendants.
27
28  **NOTICE! YOU HAVE BEEN SUED.   THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

1E702FIRM
RNEYS AT LAW
S. 7TH St. #400
AS, NEVADA 89101
: (702) 776-3333

1

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

## INGRAM MICRO, INC.

1.      If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the day of service, you must do the following:

     (a)      File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

     (b)      Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

**THE702FIRM**

STEVEN D. GRIERSON

~~LYNN MARIE GOY~~ Clerk of Court

By

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
-AND-
HERBERT L. MICHEL, JR., ESQ.
Nevada Bar No. 5722
**HERBERT L. MICHEL, JR., CHARTERED**
**dba YOUR LEGAL POWER**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

**DEPUTY CLERK**                        6/11/2019
Regional Justice Center   Vivian Canela   Date
200 Lewis Avenue
Las Vegas, NV 89155

# Affidavit of Process Server

### DISTRICT COURT CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| GIANLUCA CAIONE & IOANA CAIONE   VS   MICHAEL J. COYNE, JR. et al | | A-19-796407-C |
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

ɪ KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.   RECEIVED 6/13/19 _____

**Service:** I served ___ INGRAM MICRO INC,___
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT AND MD FOR JURY TRIAL _____

by leaving with   LYNANNE GARES (authorized person at the registered agent) _____   At
NAME                                                                      RELATIONSHIP

☐ **Residence** _____
ADDRESS                                      CITY / STATE

☒ **Business**   C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808
ADDRESS                                      CITY / STATE

On 6/13/19 _____   AT 12:30 PM _____
DATE                                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY          STATE          ZIP

**Manner of Service:**
☒ **CORPORATE**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 ___ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____   (2) _____
DATE   TIME        DATE   TIME

(3) _____   (4) _____   (5) _____
DATE   TIME        DATE   TIME        DATE   TIME

AGE   45   Sex F   Race W   Height 5'5   Weight 180   HAIR BROWN

SIGNATURE OF PROCESS SERVER
KEVIN S. DUNN

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 13TH day of June _____, 2019

_____
SIGNATURE OF NOTARY PUBLIC

| |
|---|
| DENORRIS ANGELO BRITT |
| NOTARY PUBLIC |
| STATE OF DELAWARE |
| My Commission Expires May 1, 2022 |

NOTARY PUBLIC for the state of   DELAWARE

Electronically Filed
6/10/2019 4:45 PM
Steven D. Grierson
CLERK OF THE COURT

1  **COMJD**
   MICHAEL C. KANE, ESQ.

2  Nevada Bar No. 10096
   BRADLEY J. MYERS, ESQ.

3  Nevada Bar No. 8857
   RICHARD A. ENGLEMANN

4  Nevada Bar No. 6965                                   **CASE NO: A-19-796407-C**

5  **THE702FIRM**                                                **Department 31**
   400 South 7ᵗʰ Street, #400

6  Las Vegas, Nevada 89101

7  Telephone:      (702) 776-3333
   Facsimile:      (702) 505-9787

8  E-Mail:      mike@the702firm.com
                brad@the702firm.com

9  -AND-

10 HERBERT L. MICHEL, JR., ESQ.
   Nevada Bar No. 5722

11 **HERBERT L. MICHEL, JR., CHARTERED**
   **dba YOUR LEGAL POWER**

12 1980 Festival Plaza Drive, Suite 300

13 Las Vegas, Nevada 89135

14 Telephone:      (702) 341-5600
   Facsimile:      (702) 983-8623

15 Email:      herbmichel@aol.com
   *Attorneys for Plaintiffs*

16                            **DISTRICT COURT**

17                        **CLARK COUNTY, NEVADA**

18

19 GIANLUCA CAIONE and IOANA CAIONE,        | Case No. :
                                             | Dept. No.:
20         Plaintiffs,
   vs.
21                                            |
                                             | **COMPLAINT AND**
22 MICHAEL J. COYNE, JR., individually; INGRAM  | **DEMAND FOR JURY TRIAL**
   MICRO SERVICES INC., a Foreign Corporation;
23 INGRAM MICRO INC., a Foreign Corporation;
   RUTLEDGE COMPANY INC dba THE PHOENIX
24 GROUP, a Foreign Corporation; DOES I through X,
   inclusive; and ROE CORPORATIONS I through X,
25 inclusive,

26         Defendants.

27

28         Plaintiffs, GIANLUCA CAIONE and IOANA CAIONE, by and through their attorneys of

THE702FIRM
ATTORNEYS AT LAW
400 S. 7ᵗʰ St. #400
LAS VEGAS, NEVADA 89101
PHONE: (702) 776-3333

1

record, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and RICHARD A. ENGLEMANN, ESQ., of THE702FIRM, and HERBERT L. MICHEL, JR., ESQ. of YOUR LEGAL POWER, for their Complaint against the Defendants, state, assert and allege as follows:

## JURISDICTION

1.   The Eighth Judicial District Court has jurisdiction of this civil tort action pursuant to NRCP 8(a)(4), NRS 13.040 and NRS 41.130 as the occurrence giving rise to this matter took place in Clark County, Nevada and the amount in controversy exceeds $15,000.

## GENERAL ALLEGATIONS

2.   Plaintiff, GIANLUCA CAIONE (Plaintiff or "Gianluca"), is a resident of Clark County, Nevada.

3.   Plaintiff, IOANA CAIONE (Collectively with Gianluca "Plaintiffs" or "Ioana"), is a resident of Clark County, Nevada and the wife of Plaintiff Gianluca.

4.   Based upon information and belief, Defendant MICHAEL J. COYNE, JR. ("Defendant" or "Coyne"), is and was, at all times relevant to these proceedings, a resident of O'Fallon, State of Missouri.

5.   Based upon information and belief, Defendant INGRAM MICRO, INC., is or was a Foreign Corporation and is or was, at all times relevant to these proceedings, authorized to and conducting business in Clark County, The State of Nevada.

6.   Based upon information and belief, Defendant INGRAM MICRO SERVICES, LLC., is a subsidiary, dba, and/or owned by Defendant INGRAM MICRO, INC., a Foreign Corporation and is or was, at all times relevant to these proceedings, authorized to and conducting business in Clark County, The State of Nevada.

7.   Based upon information and belief, Defendant INGRAM MICRO SERVICES, LLC., is domesticated in the State of Nevada, which owns and operates a facility in Las Vegas,

Nevada.

8.      Based upon information and belief, Defendant RUTLEDGE COMPANY, INC., is a subsidiary, dba, and/or owned by Defendant INGRAM MICRO, INC., and/or Defendant INGRAM MICRO, INC and is or was, at all times relevant to these proceedings, authorized to and conducting business in Clark County, The State of Nevada.

9.      Based upon information and belief, THE PHOENIX GROUP, is a fictitious name owned by Richard Scott Rutledge, its founder and CEO, which based upon information and belief, is the RUTLEDGE COMPANY, INC.

10.     In the alternative, based upon information and belief, Defendant THE PHOENIX GROUP, is a wholly owned subsidiary of INGRAM MICRO INC., and/or INGRAM MICRO SERVICES, LLC., and is or was, at all times relevant to these proceedings, a Foreign Company, authorized to and conducting business in Clark County, State of Nevada.

11.     The true names and capacities of Defendants named herein as DOES I through X, and ROE BUSINESS ENTITIES I through X, whether individual, corporate, associate, or otherwise, are presently unknown to Plaintiffs, who, therefore, sue said defendants so designated herein are responsible in some manner for the events and occurrences referred to herein alleged, and Plaintiffs will request leave of Court to amend this Complaint to insert the true names and capacities of ROE CORPORATIONS I through X and DOES I through X, when the same have been ascertained and to join such defendants in this action.

12.     On or about October 11, 2018, Plaintiff Gianluca was traveling southbound on Lake Las Vegas Drive, approaching the intersection with Strada Di Villaggio, in Henderson, Nevada.

13.     Plaintiff Gianluca proceeded to make a left turn to head eastbound on Strada Di Villaggio.

14.     At the same time, Defendant Coyne was headed northbound on Lake Las Vegas

Drive.

15.   Defendant Coyne had a posted stop sign controlling his direction of travel.

16.   Defendant Coyne failed to stop for the posted stop sign and slammed into Plaintiff Gianluca's car.

17.   Based upon information and belief, at the time of the car crash, Defendant Coyne was the vice president and repair production manager of Defendant The Phoenix Group, which is associated with and/or owned by either or all of the Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or The Rutledge Company.

18.   At the time of the car crash, Defendant Coyne was operating a 2018 Red Hyundai Elantra.

19.   Based upon information and belief, the 2018 Red Hyundai Elantra was owned by Non-Party Enterprise Rental Car Company.

20.   Based upon information and belief, one or all of Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company rented the 2018 Hyundai for Defendant Coyne to use within the scope and course of his employment.

21.   Based upon information and belief, in the alternative, Defendant Coyne rented the 2018 Hyundai to use within the scope and course of his employment with Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company.

22.   At the time of the car crash, Defendant Coyne was acting within the course and scope of his employment with Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company.

23.   At the time of the car crash, Plaintiff Gianluca and Plaintiff Ioana were and still are husband and wife.

///

## **FIRST CLAIM FOR RELIEF**
### (Negligence, Negligence Per Se and Respondeat Superior)

24.     Plaintiffs repeat and reallege the allegations above, as though fully set forth herein.

25.     On or about October 11, 2018, Defendant Coyne had a duty to operate his car in a careful and prudent manner.

26.     At all times relevant, Defendant Coyne owed a duty to Plaintiff Gianluca, including a duty of due care, but breached that duty when the Defendant Coyne operated the 2018 Hyundai Elantra in a negligent, reckless and careless manner so as to cause injury to Plaintiff Gianluca.

27.     Defendant Coyne violated Nevada laws, statutes and ordinances (Rules of the Road) that govern the use of streets, roadways and highways.

28.     Defendant Coyne violated, but not limited to, NRS 484B.250, vehicle approaching or entering intersection.

29.     Defendant violated, but not limited to, NRS 484B.257, vehicle entering intersection marked stop or yield.

30.     Plaintiff Gianluca belonged to the class of persons that Nevada laws, statutes and ordinances (Rules of the Road) are and were designed to protect.

31.     Defendant Coyne's violation of Nevada laws, statutes and ordinances (Rules of the Road) constitute negligence per se.

32.     At the time of the subject car crash, Defendant Coyne was the operator of a 2018 Hyundai Elantra on behalf of Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company.

33.     At the time of the subject car crash, Defendant Coyne is or was an employee of Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company.

34.    At the time of the subject car crash, Defendant Coyne was acting within the course and scope of his employment with Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company.

35.    That Defendants Ingram Micro Services, LLC., Ingram Micro Inc., and/or Rutledge Company dba The Phoenix Company and/or Defendant ROES, and each of them are vicariously liable, Respondeat Superior, for the damages caused by their employee's actions and negligence.

36.    As a direct and proximate result of the aforementioned, Plaintiff Gianluca sustained injuries to his neck, back, bodily limbs, organs, and systems all or some of which conditions may be permanent and disabling in nature, all to his general damage in a sum in excess of $15,000.

37.    As a direct and proximate result of the aforementioned, Plaintiff Gianluca was required to and did receive medical and other treatment for his injuries received in an expense all to his damage in a sum in excess of $15,000.  Said services, care, and treatment are continuing and shall continue in the future, at a presently unascertainable amount.

38.    Prior to the injuries complained of herein, Plaintiff Gianluca was able-bodied, readily and physically capable of engaging in all other activities for which he was otherwise suited.

39.    Due to his injuries as set forth herein, Plaintiff Gianluca has sustained past wage loss and will continue to suffer wage loss in the future, in an amount to be determined at the time of trial.

40.    Due to his injuries as set forth herein, Plaintiff Gianluca has sustained pain, suffering, loss of enjoyment of life, past, present and future in an amount in excess of $15,000.

41.    Plaintiff Gianluca has been compelled to retain the services of an attorney to prosecute this action and is, therefore, entitled to reasonable attorney's fees and costs incurred herein.

///

///

## SECOND CLAIM FOR RELIEF
### (Loss of Consortium)

42.     Plaintiffs repeat and reallege the allegations above, as though fully set forth herein.

43.     At all times mentioned herein, Plaintiffs Gianluca and Ioana and were and still are husband and wife.

44.     That as a direct and proximate result of Defendant's negligent actions, Plaintiff Gianluca can no longer perform and/or has difficulty preforming activities of daily living, including but not limited to, taking care of family members, household duties and chores, is irritable, no longer engages in certain recreational activities with Plaintiff Ioana and no longer engages in social activities with Plaintiff Ioana and cannot or has difficulty performing intercourse and/or withdraws from affection.

45.     That as a direct and proximate result of Defendant's negligent actions, Plaintiff Ioana has suffered injuries and damages in the form of, but not limited to, loss of companionship, emotional support and suffers emotional distress, humiliation and embarrassment and acts of love and affection and, as a result thereof, has suffered general damages in an amount in excess of $15,0000.

46.     As a direct and proximate result of Defendant's negligent disregard for Plaintiffs Gianluca and Ioana's rights, Plaintiffs Gianluca and Ioana are entitled to reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment on all claims for relief as follows:

1.     General damages for Plaintiff's pain, suffering, disfigurement, emotional distress, shock, loss of enjoyment of life, and agony in an amount in excess of $15,000.

2.     Special damages for Plaintiffs' medical expenses, future medical expenses, lost

THE702FIRM
ATTORNEYS AT LAW
400 S. 7ᵗʰ St. #400
AS VEGAS, NEVADA 89101
PHONE: (702) 776-3333

7

wages, future loss of earning capacity and other economic damages in an amount excess of $15,000.

3.     General, special and compensatory damages for Plaintiff Ioana Caione's Loss of Consortium.

4.     For compensatory damages in an amount in excess of $15,000.

5.     Costs of suit incurred including reasonable attorneys' fees.

6.     For such other relief as the Court deems just and proper.

DATED this _____ day of June 2019.

THE 702 FIRM

_____
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
RICHARD A. ENGLEMANN
Nevada Bar No. 6965
400 South 7th Street, #400
Las Vegas, Nevada 89101
-AND-
HERBERT L. MICHEL, JR., ESQ.
Nevada Bar No. 5722
**HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiffs, by and through their attorneys of record, THE702FIRM and HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER, hereby demands a jury trial of all of the issues in the above matter.

DATED this ___10___ day of June, 2019.

THE702FIRM

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
RICHARD A. ENGLEMANN
Nevada Bar No. 6965
400 South 7th Street, #400
Las Vegas, Nevada 89101
-AND-
HERBERT L. MICHEL, JR., ESQ.
Nevada Bar No. 5722
**HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

# EXHIBIT B

# Your Legal Power™
## Su Poder Legal™



**HERBERT L. MICHEL, JR.**
LICENSED CALIFORNIA ATTORNEY
LICENSED COLORADO ATTORNEY
LICENSED NEVADA ATTORNEY
LICENSED TEXAS ATTORNEY

OF COUNSEL

**PATRICIA ANN MEYER**
LICENSED ILLINOIS ATTORNEY
LICENSED NEVADA ATTORNEY

ONE SUMMERLIN BUILDING
1980 FESTIVAL PLAZA DRIVE
SUITE 300
LAS VEGAS, NV 89135

**800 • 870 • 7444**

702-341-5600
FAX 702-983-8623

EMAIL HERBMICHEL@AOL.COM
WEB PAGE: WWW.HERBMICHEL.COM

TAX I.D. 86-1055959

April 5, 2019

Rental Insurance Services
TPA for Ace American Insurance Company
P.O. Box 350700                          **Via Email: evgenia.hutchinson@erac.com**
Westminister, CO  80035                  **And U.S. Mail**

**Attention: Ms. Eve Hutchinson, Liability Administrator**

Re:  My Client:          Gianluca Caione and Ioana Caione
     Your Insured:        Michael Coyne and Ingram Micro, a wholly owned
                          subsidiary of HNA Technology, a corporation
     Date of Accident:    October 11, 2018
     Claim No.:           13467577

Dear Ms. Hutchinson:

Enclosed herewith please find all medical records, reports and billings to date for the medical care and treatment our client received as a result of the above-referenced accident as well as witness statements (if any) concerning the facts of the subject accident.  To summarize same, please be advised as follows:

**PAST MEDICAL FOR GIANLUCA CAIONE:**

| | | |
|---|---:|---:|
| 1. Bellavue Medical | $ | 6,715.00 |
| 2. Simon Med Imaging | $ | 4,628.48 |
| 3 *Nevada Spine Clinic | $ | 58,869.00 |
| 4 *Smoke Ranch Surgery Center | $ | 15,480.00 |
| 5. Kelly Hawkins Physical Therapy/Key Health | $ | 4,753.00 |
| 6. Medication | $ | 19.21 |
| 7. Mileage Expense ( 274 miles @ $.35/mile) | $ | 137.00 |

**SUBTOTAL:**          **$     90,601.69**

(*NOTE: Partial Billing/Treatment Ongoing)



April 5, 2019
Rental Insurance Services
TPA for Ace American Insurance Company
**Attention: Ms. Eve Hutchinson, Liability Administrator**
Re: My Client: Gianluca Caione and Ioana Caione
Your Insured: Michael Coyne and Ingram Micro, a wholly owned subsidiary of HNA Technology, a corporation
Date of Accident: October 11, 2018
Claim No.: 13467577

**FUTURE MEDICAL EXPENSES FOR GIANLUCA CAIONE:**

8. Future Surgery

| | |
|---|---|
| A. Surgeon's fees | $ 38,000.00 |
| B. Assistant surgeon's fees | $ 19,000.00 |
| C. Anesthesia fees | $ 2,500.00 |
| D. Hospitalization, surgery center, equipment/implant fees | $120,000.00 |
| E. Intraoperative neuromonitoring | $ 12,000.00 |
| F. Postoperative physical therapy and rehabilitation | $ 6,000.00 |

**SUBTOTAL:** **$197,500. 00**

**TOTAL:** **$288,101.69**

April 5, 2019
Rental Insurance Services
TPA for Ace American Insurance Company
**Attention: Ms. Eve Hutchinson, Liability Administrator**
Re:   My Client:  Gianluca Caione and Ioana Caione
Your Insured: Michael Coyne and Ingram Micro, a wholly owned subsidiary of HNA
Technology, a corporation
Date of Accident:   October 11, 2018
Claim No.:           13467577

From a review of our files and records herein, it is the considered opinion of this office
that a fair and reasonable sum to settle my client's claim for damages against your
insured is as follows: ███████████████████████████████████████████████

After you have had the opportunity of pursuing the enclosed materials, I would welcome
you the opportunity of discussing this matter with you so as to avoid the necessity of
further litigation. **Please respond by Friday, April 26, 2019 Before 5:00 p.m., Pacific
Standard Time.**

Very truly yours,

YOUR LEGAL POWER

By_____
Herbert L. Michel, Jr.
Attorney at Law

HLM:alr
Enclosures as stated