# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GIANUCA CAIONE, | Case No.: 2:19-cv-01211-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| MICHAEL J. COYNE, JR. et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than September 6, 2019.

IT IS SO ORDERED.

Dated: August 29, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge