Joel D. Odou
Nevada Bar No. 7468
Brooke A. Bohlke
Nevada Bar No. 9374
Betty J Foley
Nevada Bar No. 14517
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GIANLUCA CAIONE and IOANA CAIONE,, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. COYNE, JR., individually; INGRAM MICRO SERVICES, INC., a Foreign Corporation; INGRAM MICRO INC., a Foreign Corporation; RUTLEDGE COMPANY INC. dba THE PHOENIX GROUP, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,, <br><br> Defendants. | Case No. 2:19-cv-01211-GMN-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiffs. GIANLUCA CAIONE and IOANA CAIONE (hereinafter "Plaintiffs") and Defendants, MICHAEL J. COYNE, JR, INGRAM MICRO SERVICES LLC *erroneously named above as Ingram Micro Services Inc.,* INGRAM MICRO INC., and RUTLEDGE COMPANY INC. dba THE PHOENIX GROUP (hereinafter collectively "Defendants"), by and through their undersigned counsel, and hereby STIPULATE to DISMISSAL of this entire action, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a

duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED this 16 day of September 2019    DATED this 22 day of August 2019

WOOD SMITH HENNING & BERMAN, LLP    THE 702 FIRM

_____    _____
JOEL D. ODOU    MICHAEL C. KANE
Nevada Bar No. 7468    Nevada Bar No. 10096
BROOKE A. BOHLKE    BRADLEY J. MYERS
Nevada Bar No. 9374    Nevada Bar No. 8857
BETTY J. FOLEY    RICHARD A. ENGLEMANN
Nevada Bar No. 14517    Nevada Bar No. 6965
2881 Business Park Court, Suite 200    400 S. 7th Street, 4th Floor
Las Vegas, NV 89128    Las Vegas, Nevada 89101
**Attorneys for Defendants**    **Attorneys for Plaintiffs**

-and-

HERBERT L. MICHEL JR., CHARTERED
dba YOUR LEGAL POWER
HERBERT L. MICHEL, JR. ESQ.
Nevada Bar No. 5722
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
**Attorneys for Plaintiffs**

IT IS SO ORDERED.

Dated this 18 day of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

LEGAL:10492-0030/12454005.1    -2-    Case No. 2:19-cv-01211-GMK-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of September 2019, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Raeann Todd ~~Michelle Mercier~~, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP